COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:    Ex parte William Solomon Lewis

Appellate case number:  01-14-00367-CV

Trial court case number:  75448-CV

Trial court:                412th Judicial District Court of Brazoria County

We dismissed this appeal for lack of jurisdiction on August 26, 2014. On September 11, 2014, appellant filed a motion for rehearing that we denied without opinion on September 24, 2014. On October 7, 2014, appellant filed the present "Motion for Extension of Time to File a Motion for Rehearing."

After a motion for rehearing has been decided, the appellate rules authorize a second or subsequent motion for rehearing only if the court of appeals (1) modifies its judgment, (2) vacates its judgment and renders a new judgment, or (3) issues a different opinion. *See* TEX. R. APP. P. 49.5; *Havner v. E-Z Mart Stores, Inc.,* 825 S.W.2d 456, 458 (Tex. 1992). Because none of these conditions occurred when appellant's initial motion for rehearing was denied, a second motion for rehearing would be a nullity. *See Mapco, Inc. v. Forrest*, 795 S.W.2d 700, 702 (Tex. 1990) ("A second motion for rehearing not authorized by the rules is a nullity even if the court of appeals rules on it."). Accordingly, appellant's motion for an extension of time to file a motion for rehearing is **denied**.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                              ☒ Acting individually    ☐ Acting for the Court

Date:  October 14, 2014